Gregory K. Arenson
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: (212) 687-1980

FILED
2007 NOV -7 PM 3: 46
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGEJON, INC., on behalf of itself
and all others similarly situated,

Plaintiff(s),

v.

SAMSUNG ELECTRONICS COMPANY
LTD, et al.,

Defendant(s).

CASE NO. C 07 5480 SBA

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE

Pursuant to Civil L.R. 11-3, Gregory K. Arenson, an active member in good standing of the bar of the Southern District of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Georgejon, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Guido Saveri, Saveri & Saveri, Inc., 111 Pine Street, Suite 1700
San Francisco, CA 94111-5619, Tel: (415) 217-6810

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 7, 2007

Gregory K. Arenson

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001470
Cashier ID: lenahac
Transaction Date: 11/07/2007
Payer Name: Wheels of Justice
---------------------------------
PRO HAC VICE
 For: Gregory K. Arenson
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: Gary L. Specks
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:        $210.00
---------------------------------
CHECK
 Check/Money Order Num: 27685
 Amt Tendered:  $420.00
---------------------------------
Total Due:      $420.00
Total Tendered: $420.00
Change Amt:       $0.00

C-07-5480-SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```