RECEIVED

NOV - 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED

NOV 0 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

GEORGEJON, INC., on behalf of itself and all others similarly situated,

Plaintiff(s),

v.

SAMSUNG ELECTRONICS COMPANY LTD, et al.,

Defendant(s).

CASE NO. C 07 5480 SBA

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Gary L. Specks, an active member in good standing of the bar of the Northern District of Illinois, whose business address and telephone number (particular court to which applicant is admitted) is

Everett McKinley Dirksen Building
219 South Dearborn Street, Chicago, IL 60604
Tel: (312) 435-5698,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Georgejon, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11-8-07

_____
United States ~~Magistrate~~ District Judge